| | |
|---|---|
| 1 | ARTHUR M. EIDELHOCH, Bar No. 168096 |
| 2 | aeidelhoch@littler.com<br>LITTLER MENDELSON, P.C. |
| 3 | 333 Bush Street, 34th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: 415.433.1940<br>Facsimile: 415.399.8490 |

BRITTANY L. MCCARTHY, Bar No. 285947
blmccarthy@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Fax No.: 619.232.4302

Attorneys for Defendants
HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC, HCR MANORCARE, INC. AND HEARTLAND EMPLOYMENT SERVICES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DELGADO-FUENTES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC, a Florida limited liability company; HCR MANORCARE, INC., a Florida Corporation; HEARTLAND EMPLOYMENT SERVICES, LLC, an Ohio limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02585<br><br>[Riverside Superior Court Case No. PSC2004786]<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br><br>Complaint filed: October 14, 2020 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants HCR ManorCare Medical Services of Florida, LLC, HCR ManorCare, Inc. and Heartland Employment Services, LLC ("Defendants") submit the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

<u>CORPORATE DISCLOSURE STATEMENT</u>

1. Defendants are non-governmental corporate entities.
2. Heartland Employment Services, LLC ("Heartland") is an Ohio Limited Liability Company. HCR Healthcare, LLC is the sole member of Heartland.
3. HCR ManorCare Medical Services of Florida, LLC is a limited liability company organized under the laws of the State of Florida, with its principal place of business in Ohio. It is wholly owned by Heartland Rehabilitation Services, LLC, an Ohio company. Heartland Rehabilitation Services, LLC is wholly owned by HCR Healthcare, LLC, a Delaware company.
4. HCR ManorCare, Inc. is a wholly-owned subsidiary of ProMedica Health System, Inc. ("ProMedica"), which is a not-for-profit corporation organized under the laws of the State of Ohio, with its principal place of business in Ohio.
5. ProMedica is the parent corporation of HCR ManorCare, Inc.

Defendants certify that there are no other parent corporations of Defendants, nor does any other publicly held corporation own 10% or more of their stock.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT   2.

1 | Dated:  December 16, 2020

3 |                                    */s/  Brittany L. McCarthy*
ARTHUR M. EIDELHOCH
BRITTANY L. McCARTHY
LITTLER MENDELSON, P.C.
Attorneys for Defendants
HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC, HCR MANORCARE, INC. AND HEARTLAND EMPLOYMENT SERVICES, LLC

4815-0004-0658.1 052829.1583

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT      3.